# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | | |
|---|---|---|
| PAUL BANCHICH, | ) | CV NO.  13-2859-SVW(AJW) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| BOARD OF PAROLE HEARINGS, | ) | |
| Respondent. | ) | |
| | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed with prejudice.

Dated: _____10/2/13_____

                                   _____
                                   Stephen V. Wilson
                                   United States District Judge

1